IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-00028-D-KS

| | |
|---|---|
| JESSECA MATTHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>    Defendant. | ORDER FOR PAYMENT<br>OF ATTORNEY FEES<br>UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Laura Beth Waller, and mailed to her office at 1777 Washington Crossing, Unit 1382, Washington, MO 63090, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This  8  day of January, 2025.

*/s/ James C. Dever III*
JAMES C. DEVER III
United States District Judge