UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| JESSECA MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 4:24-CV-28-D** |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Laura Beth Waller, and mailed to her office at 1777 Washington Crossing, Unit 1382, Washington, MO 63090, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment filed and entered on January 8, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

January 8, 2025                         Peter A. Moore, Jr.
                                        Clerk of Court


                                        By: /s/ Stephanie Mann
                                        Deputy Clerk